Daniel J. Gibbons, WSBA #33036
Steven J. Dixson, WSBA #38101
WITHERSPOON · KELLEY
422 West Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
Telephone: (509) 624-5265
Facsimile: Wolf (509) 458-2728
djg@witherspoonkelley.com
sjd@witherspoonkelley.com
*Attorneys for Defendants Bank of America, N.A.; Mortgage Electronic Registration Systems, Inc.; and Merscorp Holdings, Inc.*

**The Honorable Benjamin H. Settle**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JEREMY WOLFSON,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, its successors in interest and/or Assigns; MTC FINANCIAL INC. d/b/a TRUSTEE CORPS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC; MERSCORP HOLDINGS, INC.; MAROON HOLDING, LLC; INTERCONTINENTAL EXCHANGE, INC.; FIRST MAGNUS FINANCIAL CORPORATION, AN ARIZONA CORPORATION<br>Does # 1-10, inclusive,<br><br>Defendants. | Case No. 3:17-cv-06064-BHS<br><br>**DECLARATION OF DANIEL J. GIBBONS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

I Daniel J. Gibbons, declare and state as follows:

DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS- 1
Case No.: 3:17-cv-06064-BHS
{S1724092; 1 }

WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100 Phone: 509.624.5265
Spokane, Washington 99201-0300 Fax: 509.458.2728

1. I am an attorney for the law firm of Witherspoon Kelley, counsel of record for Bank of America, N.A. ("BANA"), Mortgage Electronic Registration Systems, Inc. ("MERS") and MERSCORP Holdings, Inc. ("MERSCORP" and collectively, the "Defendants") in this matter. I am over the age of eighteen (18), am competent to testify, and have personal knowledge of the matters set forth in this Declaration. I make this Declaration in support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Deed of Trust recorded on April 27, 2007 under Pierce County Recorder's Office No. 200704271001 securing the Note and encumbering the real property located at 16208 132nd Avenue East, Puyallup, Washington 98374.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Assignment of Deed of Trust from MERS that assigned the Deed of Trust to Bank of America recorded on June 25, 2013 under Pierce County Recorder's Office No. 201306250227.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Quit Claim Deed recorded on November 20, 2013 under Pierce County Recorder's Office No. 201311200452.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Notice of Trustee's Sale recorded on March 30, 2017 under Pierce County Recorder's Office No. 201703300242.

6. Attached hereto as **Exhibit E** is a true and correct copy of the bankruptcy docket from the case of *In Re Jeremy Wolfson,* U.S. Bankruptcy Court, Western District of Washington Case No. 17-42973-BDL-13.

7. Attached hereto as **Exhibit F** is a true and correct copy of the adversary docket from the case of *Wolfson vs. Bank of America, et al,* U.S. Bankruptcy Court, Western District of Washington Case No. 17-04081-BDL.

/////

/////

/////

/////



WK WITHERSPOON•KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100
Spokane, Washington 99201-0300
Phone: 509.624.5265
Fax: 509.458.2728

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

Respectfully submitted this 9th day of July, 2018.

WITHERSPOON • KELLEY

Daniel J. Gibbons, WSBA # 33036
djg@witherspoonkelley.com
422 W. Riverside Ave., Suite 1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-458-2728
*Attorneys for Defendants Bank of America, N.A., Mortgage Electronic Registration Systems, Inc.; and Merscorp Holdings, Inc.*

DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS- 3
Case No.: 3:17-cv-06064-BHS
{S1724092; 1 }

WK
WITHERSPOON•KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100 Spokane, Washington 99201-0300 Phone: 509.624.5265 Fax: 509.458.2728

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of July, 2018,

1. I caused to be electronically filed the foregoing DECLARATION OF DANIEL J. GIBBONS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Jeremy Wolfson**: jerwolfson@gmail.com
**Michael S. DeLeo**: mdeleo@prklaw.com
**Fred B. Burnside**: fredburnside@dwt.com
**Frederick A Haist:** frederickhaist@dwt.com

2. I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants at the address listed**: None**.

3. I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants at the address listed below: **None.**

4. I hereby certify that I have hand-delivered the document to the following participants at the addresses listed below: **None.**

*s/Daniel J. Gibbons*
Daniel J. Gibbons, WSBA # 33036
djg@witherspoonkelley.com
WITHERSPOON • KELLEY
422 W. Riverside Ave., Suite 1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-458-2728
*Attorneys for Defendants Bank of America, N.A. Mortgage Electronic Registration Systems, Inc.; and Merscorp Holdings, Inc.*

DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS- 4
Case No.: 3:17-cv-06064-BHS
{S1724092; 1 }

WITHERSPOON•KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100 Phone: 509.624.5265
Spokane, Washington 99201-0300 Fax: 509.458.2728