UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEREMY WOLFSON,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION, et al.,<br><br>    Defendants. | CASE NO. C17-6064 BHS<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT |

This matter comes before the Court on Plaintiff Jeremy Wolfson's ("Wolfson") motion to amend judgment. Dkt. 53.

On December 13, 2018, the Court granted Defendants Intercontinental Exchange, Inc., and Maroon Holding, LLC's ("MERS Parent Corporations") motion to dismiss and granted in part and denied in part Defendants Bank of America National Association ("Bank of America"), Merscorp Holdings, Inc. ("Merscorp"), and Mortgage Electronic Registration Systems, Inc.'s ("MERS") motion to dismiss. Dkt. 52. On January 10, 2018, Wolfson filed a motion to amend judgment. Dkt. 53.

To the extent Wolfson's motion is a motion to amend a judgment, the Court denies the motion because the Court did not enter a judgment.

To the extent Wolfson intended to file a motion for reconsideration, the Court also denies the motion because it is untimely and without merit. Regarding the merits, Wolfson objects to the Court's dismissal of his claim to quiet title. The Court, however, finds no manifest error in dismissing the claim when Wolfson failed to allege "he has paid the loan and is in peaceful possession of the property." Dkt. 52 at 7.

Wolfson also argues that the Court should have granted him leave to amend "so as to omit Defendant MTC FINANCIAL INC. D/B/A TRUSTEE CORPS, the only Washington corporation, so as to have jurisdiction under § 1332." Dkt. 53 at 7. Wolfsons complaint, however, included claims for violations of federal statutes, which confers jurisdiction on the Court under 28 U.S.C. § 1331. Dkt. 1. Wolfson may voluntarily dismiss his remaining state law claims without prejudice if he does not want the Court to retain supplemental jurisdiction under 28 U.S.C. § 1367. The Court declines to dismiss *sua sponte* at this point in the proceeding because it is unclear the amount Wolfson seeks in damages for his remaining claims for defamation and replevin against the remaining diverse defendants. Regardless, the Court **DENIES** Wolfson's motion to amend judgment.

**IT IS SO ORDERED**.

Dated this 14th day of January, 2019.

BENJAMIN H. SETTLE
United States District Judge