UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEREMY WOLFSON,<br><br>  Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, its successors in interest and/or Assigns; MTC FINANCIAL INC. d/b/a TRUSTEE CORPS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; MERSCORP HOLDINGS, INC.; MAROON HOLDING, LLC; INTERCONTINENTAL EXCHANGE, INC.; FIRST MAGNUS FINANCIAL CORPORATION, an Arizona Corporation; and DOES #1-10, inclusive,<br><br>  Defendants. | No. C17-6064 BHS<br><br>**ORDER GRANTING MAROON HOLDING, LLC, AND INTERCONTINENTAL EXCHANGE, INC.'S UNOPPOSED MOTION FOR SEPARATE JUDGMENT**<br><br>**NOTE ON MOTION CALENDAR:  February 8, 2019** |

THIS MATTER came before the Court on Defendants Maroon Holding, LLC ("Maroon") and Intercontinental Exchange, Inc.'s ("Intercontinental") Unopposed Motion for Entry of Separate Judgment Under FRCP 54 and 58.  The Court, having considered the papers submitted in support of and in opposition to this unopposed motion, finds the motion should be GRANTED.

Now therefore, it is hereby ORDERED that Maroon and Intercontinental's unopposed Motion for Entry of Separate Judgment Under FRCP 54 and 58 is GRANTED.

ORDER GRANTING MOTION FOR SEPARATE JUDGMENT- 1
4824-7840-6533v.1 0096475-000054

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

The Clerk of Court shall enter judgment against Plaintiff Jeremy Wolfson and for Maroon and Intercontinental as of this date.

DATED this 14th day of February, 2019.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

Davis Wright Tremaine LLP
Attorneys for Maroon Holding, LLC and Intercontinental Exchange, Inc.

By *s/Frederick A. Haist*
Fred B. Burnside, WSBA #32491
Frederick A. Haist, WSBA #48937
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
Telephone: 206-622-3150
Fax: 206-757-7700
Email:  fredburnside@dwt.com
Email:  frederickhaist@dwt.com

ORDER GRANTING MOTION FOR SEPARATE JUDGMENT- 2
4824-7840-6533v.1 0096475-000054

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax