UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEREMY WOLFSON,<br><br>      Plaintiff,<br>    v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, its successors in interest and/or Assigns; MTC FINANCIAL INC. d/b/a TRUSTEE CORPS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; MERSCORP HOLDINGS, INC.; MAROON HOLDING, LLC; INTERCONTINENTAL EXCHANGE, INC.; FIRST MAGNUS FINANCIAL CORPORATION, an Arizona Corporation; and DOES #1-10, inclusive,<br><br>      Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. CV17-6064BHS |

\_\_\_\_ **Jury Verdict.** This action came to consideration before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX** **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

Judgment is entered against Plaintiff Jeremy Wolfson and for Defendants Maroon and Intercontinental.

Dated this 14th day of February, 2019.

William M. McCool
Clerk of Court

Gretchen Craft, Deputy Clerk

Judgment