The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON (AT TACOMA)

| | |
|---|---|
| JEREMY WOLFSON,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, its successors in interest and/or Assigns; MTC FINANCIAL INC. d/b/a TRUSTEE CORPS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC; MERSCORP HOLDINGS, INC.; MAROON HOLDING, LLC; INTERCONTINENTAL EXCHANGE, INC.; FIRST MAGNUS FINANCIAL CORPORATION, AN ARIZONA CORPORATION<br>Does # 1-10, inclusive,<br><br>Defendants. | No. C17-6064 BHS<br><br>STIPULATED MOTION TO CONTINUE DEADLINES AND SET DEPOSITION AND ORDER THEREON<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 20, 2019 |

The parties stipulate and jointly move the Court to extend all pending deadlines set forth in the Order Setting Bench Trial and Pretrial Dates (Docket No. 72) by approximately 90 days,

STIPULATED MOTION AND ORDER- 1
S1939607

**WITHERSPOON · KELLEY**
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728

1  and to set the deadlines below for Mr. Wolfson to produce documents and appear at his
2  deposition.  There is good cause for this motion.  Plaintiff Jeremy Wolfson travels outside the
3  state of Washington frequently for business and will not be available for a deposition until
4  January 15 and 16, 2020.  Currently, the deadline to complete discovery is January 21, 2020.  A
5  continuance of the current deadlines in this case is necessary to complete discovery.

6  This motion is based upon the following stipulated facts:

7  1. On October 15, 2019, counsel for Defendant Bank of America, N.A. ("BANA") sent
8  Mr. Wolfson a subpoena to appear for deposition on November 6, 2019 at 10:00 am.

9  2. On October 16, 2019, Mr. Wolfson responded that he was out of state for work
10  during that time and requested that the deposition be set for the week of November
11  18-22, 2019.  BANA informed Mr. Wolfson his request would be accommodated.

12  3. On October 23, 2019, an amended subpoena requiring production of documents and
13  appearance by Mr. Wolfson at a deposition scheduled for 10:00am on November 19,
14  2019 was provided to Mr. Wolfson.  A notice of deposition was also provided to Mr.
15  Wolfson.

16  4. On November 18, 2019, Mr. Wolfson stated he was out of town and not available for
17  his deposition on November 19, 2019.  Mr. Wolfson indicated that he was available
18  for a deposition on January 15 or January 16, 2020 and requested that the deposition
19  occur at that time.

20  5. A continuance of current deadlines is necessary to allow discovery to be concluded
21  and accommodate Mr. Wolfson's work schedule.

22  The parties stipulate and agree as follows:

23  A. BANA may serve Mr. Wolfson with a subpoena via email that provides Mr.
24  Wolfson will appear for his deposition at 10:00 am on January 16, 2020 at Capitol
25  Pacific Reporting, Inc. 1008 South Yakima Avenue, Suite 202, Tacoma, WA 98405.

STIPULATED MOTION AND ORDER- 2
S1939607

**WITHERSPOON · KELLEY**
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300          Fax: 509.458.2728

B. The documents to be produced by Mr. Wolfson pursuant to the subpoena shall be delivered to BANA's counsel no later than 10:00 am, January 16, 2020.

C. The parties request that the Court approve this stipulation and enter an amended Order Setting Bench Trial and Pretrial Dates continuing the pending deadlines and trial setting by approximately 90 days, or to such other dates as determined by the Court. For convenience, the following deadlines reflect a continuance of approximately 90 days:

THREE DAY BENCH TRIAL set for 9:00am- August 17, 2020

Disclosure of rebuttal expert testimony under FRCP 26(a)(2)- March 11, 2020

All motions related to discovery must be filed by- March 23, 2020

Discovery completed by- April 21, 2020

All dispositive motions must be filed by- May 20, 2020

Motions in limine should be filed with the Court by- July 27, 2020

Pretrial conference will be held at 11:00 am on- August 3, 2020

Trial briefs, proposed findings and conclusions and deposition designations due by- July 28, 2020

THE FOLLOWING STIPULATION IS APPROVED BY THE COURT. IT IS SO ORDERED.

Dated this ____ day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER- 3
S1939607

**WK WITHERSPOON·KELLEY**
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728

*Stipulated and Agreed:*

WITHERSPOON KELLEY

By:*/s/ Daniel J. Gibbons*
Daniel J. Gibbons, WSBA #33036
Witherspoon Kelley
422 W. Riverside Avenue, #1100
Spokane, WA 99201
509-624-5265
djg@witherspoonkelley.com
Counsel for Bank of America, N.A., MERS and Merscorp Holdings, Inc.

*/s/ Jeremy Wolfson*
Jeremy Wolfson
Plaintiff, pro se
16208 132nd Ave. East
Puyallup, WA 98374
253-592-7860
jerwolfson@gmail.com

PETERSON RUSSELL KELLEY, PLLC

By: */s/ Michael S. DeLeo*
Michael S. DeLeo, WSBA #22037
Peterson Russell Kelley, PLLC
1850 Skyline Tower
10900 NE 4th St
Bellevue, WA 98004-8341
425-462-4700
mdeleo@prklaw.com
Counsel for MTC Financial, Inc. dba Trustee Corps

STIPULATED MOTION AND ORDER- 4
S1939607



422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th November, 2019,

1. I caused to be electronically filed the foregoing STIPULATED MOTION TO CONTINUE DEADLINES AND SET DEPOSITION AND ORDER THEREON with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| **Jeremy Wolfson**: | jerwolfson@gmail.com |
| **Michael S. DeLeo**: | mdeleo@prklaw.com |
| **Fred B. Burnside**: | fredburnside@dwt.com |
| **Frederick A Haist:** | frederickhaist@dwt.com |

2. I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants at the address listed: **None**.

3. I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants at the address listed below: **None.**

4. I hereby certify that I have hand-delivered the document to the following participants at the addresses listed below: **None.**

    *s/ Daniel J. Gibbons*
Daniel J. Gibbons, WSBA # 33036
djg@witherspoonkelley.com
WITHERSPOON • KELLEY
422 W. Riverside Ave., Suite 1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-458-2728
*Attorneys for Defendants Bank of America, N.A.*
*Mortgage Electronic Registration Systems, Inc.; and*
*Merscorp Holdings, Inc.*

STIPULATED MOTION AND ORDER- 5
S1939607

**WITHERSPOON • KELLEY**
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300        Fax: 509.458.2728