1 | Douglas C. Stastny (WSBA No. 52383)
SEVERSON & WERSON
2 | The Atrium
19100 Von Karman Avenue, Suite 700
3 | Irvine, California 92612
Telephone: (949) 442-7110
4 | Facsimile: (949) 442-7118
dcs@severson.com

Attorneys for Defendants
*Bank of America, N.A.; Mortgage Electronic Registration Systems, Inc.; and Merscorp Holdings, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Jeremy Wolfson, | ) Case No. 3:17-cv-06064-BHS |
| Plaintiff, | ) |
| vs. | ) |
| BANK OF AMERICA, NATIONAL ASSOCIATION, its successors in interest and/or Assigns; MTC FINANCIAL INC. d/b/a TRUSTEE CORPS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC; MERSCORP HOLDINGS, INC.; MAROON HOLDING, LLC; INTERCONTINENTAL EXCHANGE, INC.; FIRST MAGNUS FINANCIAL CORPORATION, AN ARIZONA CORPORATION Does # 1-10, inclusive, | ) **NOTICE OF APPEARANCE OF DOUGLAS C. STASTNY FOR DEFENDANTS BANK OF AMERICA, N.A. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |
| Defendants. | ) Action Filed: December 21, 2017<br>) Trial Date: None Set |

70006.0037/15150578.1

1 – NOTICE OF APPEARANCE OF DOUGLAS C. STASTNY
Case No. 3:17-cv-06064-BHS

SEVERSON & WERSON
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
(949) 442-7110

1  **PLEASE TAKE NOTICE** that Douglas C. Stastny, Esq. of Severson & Werson, APC hereby makes this entry of appearance on behalf of Defendants BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and MERSCORP HOLDINGS, INC. in the above-captioned case.  All future notices, correspondence, pleadings and communications regarding the above-captioned matter should be served as follows:

DOUGLAS C. STASTNY, WSBA No. 52383
dcs@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Dated this 9th day of December, 2019.

By:  */s/Douglas C. Stastny*

Douglas C. Stastny (WSBA No. 52383)
dcs@severson.com
SEVERSON & WERSON
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendants
*Bank of America, N.A.; Mortgage Electronic Registration Systems, Inc.; and Merscorp Holdings, Inc.*

70006.0037/15150578.1

2 – NOTICE OF APPEARANCE OF DOUGLAS C. STASTNY
Case No. 3:17-cv-06064-BHS

SEVERSON & WERSON
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
(949) 442-7110

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th of December, 2019,

1. I caused to be electronically filed the foregoing **NOTICE OF APPEARANCE OF DOUGLAS C. STASTNY FOR DEFENDANTS BANK OF AMERICA, N.A. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Jeremy Wolfson**: jerwolfson@gmail.com

**Michael S. DeLeo**: mdeleo@prklaw.com

**Fred B. Burnside**: fredburnside@dwt.com

**Frederick A Haist**: frederickhaist@dwt.com

**Daniel J. Gibbons:** djg@witherspoonkelley.com

2. I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants at the address listed**: None**.

3. I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants at the address listed below: **None.**

4. I hereby certify that I have hand-delivered the document to the following participants at the addresses listed below: **None.**

By: */s/Douglas C. Stastny*

Douglas C. Stastny (WSBA No. 52383)
dcs@severson.com
SEVERSON & WERSON
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendants
*Bank of America, N.A.; Mortgage Electronic Registration Systems, Inc.; and Merscorp Holdings, Inc.*

70006.0037/15150578.1

3 – NOTICE OF APPEARANCE OF DOUGLAS C. STASTNY
Case No. 3:17-cv-06064-BHS

SEVERSON & WERSON
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
(949) 442-7110