The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON (AT TACOMA)

| | |
|---|---|
| JEREMY WOLFSON,<br><br>      Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, its successors in interest and/or Assigns; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC,<br><br>      Defendants. | No. C17-6064 BHS<br><br>PLAINTIFF'S VERIFIED MOTION TO CONTINUE DEADLINES AND ORDER THEREON<br><br>NOTE ON MOTION CALENDAR:<br>APRIL 10, 2019 |

**CERTIFICATION**

The undersigned certifies that I conferred with counsel for Defendants, and they will oppose.

**MOTION**

Plaintiff moves the Court to extend all pending deadlines set forth in the Order Setting Bench Trial and Pretrial Dates (Docket No. 72) by approximately 90 days, and to set the deadlines below for Mr. Wolfson to produce documents and appear at his deposition. There is

PLAINTIFF'S MOTION AND ORDER- 1
S1939607

**WITHERSPOON·KELLEY**
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300     Fax: 509.458.2728

good cause for this motion. Plaintiff Jeremy Wolfson travels outside the state of Washington frequently for business. Most or all court business is suspended during the coronavirus crisis. **All public libraries and law libraries are closed, making legal research difficult or impossible.** Please note that public libraries and law libraries are part of the legal system, as laws are published there, and therefore there can be no due process unless the libraries are open. Currently, the deadline to complete discovery is April 27, 2020. A continuance of the current deadlines in this case is necessary to complete discovery.

This motion is based upon the following facts:

1. The deposition of Mr. Wolfson has been completed.
2. On 4/8/2019, Mr. Wolfson served requests for admissions, production of documents and interrogatories on Defendants Bank of America and MERS.
3. The responses from Defendants Bank of America and MERS were unsatisfactory as they mostly consisted of objections, and plaintiff must move to compel proper responses if negotiations fail.
4. Mr. Wolfson has served a Rule 31 Deposition by Written Questions on each of Defendants BANA and MERS.
5. A continuance of current deadlines is necessary to allow discovery to be concluded and accommodate Mr. Wolfson's work schedule and the reopening of the libraries to allow for legal research.

Plaintiff requests that the Court approve this motion and enter an amended Order Setting Bench Trial and Pretrial Dates continuing the pending deadlines and trial setting by approximately 90 days, or to such other dates as determined by the Court. For convenience, the following deadlines reflect a continuance of approximately 90 days:

THREE DAY BENCH TRIAL set for 9:00am- November 17, 2020

Disclosure of rebuttal expert testimony under FRCP 26(a)(2)- June 11, 2020

All motions related to discovery must be filed by- June 23, 2020

PLAINTIFF'S MOTION AND ORDER- 2
S1939607

**WK WITHERSPOON·KELLEY**
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728

1  Discovery completed by- July 21, 2020

2  All dispositive motions must be filed by- August 20, 2020

3  Motions in limine should be filed with the Court by- October 27, 2020

4  Pretrial conference will be held at 11:00 am on- November 3, 2020

5  Trial briefs, proposed findings and conclusions and deposition designations

6  due by- October 28, 2020

7

8  I declare under penalty of perjury that the foregoing is true and correct.

9  Executed on this 31 day of March, 2020.

10

11  /s/___*Jeremy Wolfson*_____

12  Jeremy Wolfson, Plaintiff
   16208 132nd Ave East
13  Puyallup, WA 98374
   (253) 592-7860
14

15

16

17  THE FOREGOING MOTION IS APPROVED BY THE COURT.   IT IS SO
   ORDERED.
18
     Dated this ____ day of _____, 2020.
19

20

21

22

23                                             _____
                                               UNITED STATES DISTRICT JUDGE
24

25

26

27

PLAINTIFF'S MOTION AND ORDER- 3
S1939607



422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300        Fax: 509.458.2728

# CERTIFICATE OF SERVICE

I hereby certify that on the 31st March, 2019,

1. I caused to be electronically filed the foregoing PLAINTIFF'S VERIFIED MOTION TO CONTINUE DEADLINES AND SET DEPOSITION AND ORDER THEREON with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Daniel J. Gibbons:**   djg@witherspoonkelley.com
DOUGLAS C. STASTNY, WSBA No. 52383
dcs@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

2. I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants at the address listed: **None**.

3. I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants at the address listed below: **None.**

4. I hereby certify that I have hand-delivered the document to the following participants at the addresses listed below: **None.**

*s/ Jeremy Wolfson*
Jeremy Wolfson
16208 132nd Ave East
Puyallup, WA 98374
(253) 592-7860

PLAINTIFF'S MOTION AND ORDER- 4
S1939607

**WITHERSPOON·KELLEY**
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728