UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEREMY WOLFSON,<br><br>               Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION, et al.,<br><br>               Defendants. | CASE NO. C17-6064 BHS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |

     This matter comes before the Court on Plaintiff Jeremy Wolfson's ("Wolfson") motion for extension of time.  Dkt. 77.

     On December 21, 2017, Wolfson filed a complaint against numerous defendants, including Defendants Bank of America National Association, Merscorp Holdings, Inc., and Mortgage Electronic Registration Systems, Inc. ("Defendants").  Dkt. 1.  On March 31, 2020, Wolfson filed the instant motion for an extension of time seeking a 90-day continuance of all remaining deadlines.  Dkt. 77.  Wolfson asserts that he has been unable to timely complete discovery and that the law libraries are closed preventing him from thoroughly researching an intended motion to compel and motion for summary judgment. *Id.*  On April 8, 2020, Defendants responded arguing that Wolfson has failed to establish good cause for another extension, Wolfson has a history of failing to meet deadlines, and there is no current discovery dispute regarding discovery that Defendants produced over

1 twelve months ago.  Dkt. 80.  On April 13, 2020, Wolfson filed an untimely reply

2 arguing in part that he is not a lawyer and has done the best he could with due diligence.

3 Dkt. 81.

4       "A schedule may be modified only for good cause and with the judge's consent."

5 Fed. R. Civ. P. 16(b)(4).  The Court agrees with Defendants that Wolfson has failed to

6 establish good cause for an extension.  Wolfson's argument that he has diligently

7 prosecuted this matter is undermined by the fact that he waited twelve months to notify

8 the Court that he objects to Defendants' discovery and that this matter has been pending

9 for over two years with a requested extension to set trial almost three years after the filing

10 of the complaint.  Wolfson also filed this motion for an extension after the deadline for

11 discovery motions and almost eight weeks before the deadline for summary judgment

12 motions.  The Court finds that Wolfson's generalized non-specific assertions and

13 seemingly contrived emergency discovery dispute do not establish good cause to yet

14 again continue trial in this matter.  Therefore, the Court **DENIES** Wolfson's motion, Dkt.

15 77.

16       **IT IS SO ORDERED**.

17       Dated this 17th day of April, 2020.

                                    BENJAMIN H. SETTLE
                                    United States District Judge