| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | DEC 10 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JEREMY WOLFSON,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>BANK OF AMERICA, N.A., its successors in interest and/or Assigns; et al.,<br><br>        Defendants-Appellees. | No.   20-35792<br><br>D.C. No. 3:17-cv-06064-BHS<br>Western District of Washington, Tacoma<br><br>ORDER |

Before: THOMAS, Chief Judge, HURWITZ and BADE, Circuit Judges.

The motion to dismiss this appeal for lack of jurisdiction as to appellees Maroon Holding, LLC and Intercontinental Exchange, Inc., is granted (Docket Entry No. 7). *See United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional); *Williams v. Boeing Co.*, 681 F.2d 615, 616 (9th Cir. 1982) (order) (time to appeal begins to run upon entry of judgment under Rule 54(b)). This appeal is dismissed as to appellees Maroon Holding, LLC and Intercontinental Exchange, Inc.

Appellant's motion to extend the time to file the opening brief is granted (Docket Entry No. 10). The opening brief is due February 10, 2021. The answering brief is due March 12, 2021. The optional reply brief is due within 21 days after service of the answering brief.

DA/Pro Se

Because appellant is proceeding without counsel, appellant is not required to file excerpts of record. *See* 9th Cir. R. 30-1.3. If appellant does not file excerpts of record, appellees "must file Supplemental Excerpts of Record that contain all of the documents that are cited in the pro se opening brief or otherwise required by Rule 30-1.4, as well as the documents that are cited in the answering brief." *See id.*